| | |
|---|---|
| Matthew D. Resnik, Esq. (SBN 182562)<br>S. Renee Sawyer Blume, Esq. (SBN 180143)<br>SIMON RESNIK HAYES, LLP<br>510 W. 6th Street, Suite 1220<br>Los Angeles, CA 90014<br>Tel: 213-572-0800 Fax: 213-572-0860<br>Email: renee@srhlawfirm.com | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Name of Debtor(s) listed on the bankruptcy case:<br><br>James Razumich | CASE NO.: 2:14-bk-32275-NB<br><br>Chapter: 13 |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:    ☑ Debtor    ☐ Joint-Debtor    ☐ Creditor
   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s):                James Razumich
   Mailing Address:        95-1028 Kane St.
   City, State, Zip Code:  Mililani, HI  96789

3. **New Address:**
   Mailing Address:        6830 Sunset Blvd.
   City, State, Zip Code:  Los Angeles, CA 90028

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number    _____
   Joint Debtor's DeBN account number    _____
   Date:   August 8, 2017           James Razumich
                                    Requestor's printed name(s)
                                    _[signature]_
                                    Requestor's signature(s)
                                    _____
                                    Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                 F 1002-1.3.Change.Address